IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ANDREA DUHREAL FLAGG,  )<br>also known as Andrea  )<br>Duhreal Flagg-El,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>HOUSTON COUNTY SHERIFF'S  )<br>DEPARTMENT, et al.,  )<br>  )<br>   Defendants.  ) | CIVIL ACTION NO.<br>1:22cv-269-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit asserting violations of his constitutional rights of access to courts, due process, and freedom from cruel and unusual punishment.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of October, 2022.

                                                /s/ Myron H. Thompson
                                           **UNITED STATES DISTRICT JUDGE**